# IN THE CIRCUIT COURT FOR WAYNE COUNTY TENNESSEE

STEPHEN DOUGLAS KIBBEY )
)
    **Plaintiff,** )
)
v. )
) **JURY DEMAND**
CITY OF CLIFTON TENNESSEE, and )
MARK STAGGS, TAMMY PRINCE, )
and DWIGHT THOMPSON, )
)
)
)
    **Defendants** )

FILED CV-4906 SEP 2/6 2025
CIRCUIT COURT CLERK
WAYNE COUNTY, TENN

## COMPLAINT

### INTRODUCTION

Comes now the Plaintiff, Stephen Douglas Kibbey (hereinafter Kibbey or Plaintiff) by and through counsel James W. Edwards, and sues Defendants City of Clifton Tennessee, Mayor Mark Staggs in his official capacity, Commissioner Tammy Prince in her official capacity, and Commissioner Dwight Thompson in his official capacity (hereinafter individual Defendants) for breach of his employment contract with the City of Clifton Tennessee by terminating his employment prior to its expiration, and for having been terminated in violation of TN Code § 50-1-304(1(A)) after reporting violations of law committed by Defendants pursuant to 42 U.S.C § 1983, his right to be free from retaliation for having exercised his right as a citizen to report misconduct by elected officials under the Constitutions of the United States and of Tennessee, Defamation of his character and reputation, and Defamation by Implication to his character and reputation arising from a perp walk ordered by said individual Defendants Staggs, Thompson and

Prince in front of an audience of citizens during a public meeting of the City of Clifton Commission, and television of said meeting to a county of some 14,000 citizens.

## PARTIES

1. Plaintiff is a 61 year old white male and the former City Manager of the City of Clifton, Tennessee who resides at 1155 Eagle Nest Landing Lane in Bath Springs, Tennessee.

2. Mark Staggs is a white male who at all times relevant to this complaint was the Mayor of Clifton, Tennessee.

3. Tammy Prince is a white female who at all times relevant to this complaint was a Commissioner (elected city official) of the City of Clifton, Tennessee.

4. Dwight Thompson is a white male who at all times relevant to this complaint was a Commissioner (elected city official) of the City of Clifton, Tennessee.

5. City of Clifton is a municipality located in Wayne County Tennessee at 142 Main Street, Clifton, Tennessee 38425.

## JURISDICTION AND VENUE

6. This Court has jurisdiction as to Plaintiff's claim for breach of contract, for violation of TN Code § 5-1-304, Defamation, Defamation by Implication, and False Light Invasion of Privacy.

7. Venue is proper in that the injuries and damage to Plaintiff occurred in Wayne County Tennessee.

## FACTS

8. Clifton Tennessee is a municipality located in Wayne County Tennessee utilizing a City Commission form of government with five (5) commissioners elected at large. Under the

charter, the commissioners elect a mayor who is authorized to execute contracts on behalf of the municipality

9. Plaintiff was initially employed by the City of Clifton as City Manager without a contract on September 29, 2016.

10. The job of City Manager is chief administrative officer of the city to exercise supervision of day to day operations of the city including the supervision of all city employees and departments. § 6-21-107

11. After his second year of employment in 2018, the mayor at that time, Randy Burns, asked Plaintiff to serve another four years as City Manager. Plaintiff continued in that role for another two (2) years without a contract of employment.

12. Plaintiff presented a contract of employment to the City of Clifton Tennessee in May of 2020 and on May 26, 2020, said contract was approved by the commission to expire December 1, 2022.

13. On March 27, 2023, Plaintiff's employment contract with the City of Clifton Tennessee was extended to expire on March 1, 2026. (See Exhibit A)

14. Beginning in the spring of 2024 and early fall of that year, Mark Staggs, mayor, attempted to exercise authority beyond the limits of the Clifton City Charter and to run the day-to-day operations of the municipality leading Plaintiff on October 7, 2024, to give the board of commissioners a seven (7) month notice of his intent to resign his position effective May 2, 2025.

15. The hiring process for Plaintiff's replacement began in November of 2024 with resumes to be submitted to the city by the close of business on February 5, 2025.

16. On January 24, 2025, a whistleblower who requested to remain anonymous informed Plaintiff that the mayor and two (2) other commissioners had promised the job to one of the candidates who had submitted his resume in violation of the municipality's fair hiring process.

17. On January 24, 2025, Plaintiff notified the Board of Commissioners that because of the actions of the mayor and two commissioners the city had not completed the fair hiring process for my position, the Mayor had conspired with two other commissioners to commit fraud, Plaintiff was under obligation to inform the State, and that the Mayor should resign at the next board meeting to remedy the situation and limit the potential liability to the city based on the Mayor's actions.

18. At 5:00PM on January 24, 2025, Plaintiff emailed the following statement to Mayor Staggs with copies to each commissioner:

> It has been brought to my attention by an employee, a whistleblower that wishes to remain anonymous, that you have promised the City Manager position to Daniel Prater, an unqualified candidate for the job. Furthermore, after Daniel has been hired, you have directed him to fire the City Recorder, Public Works Director, and MainStreet Director. In addition, Austin Clark informed me that you have offered him the Public Works Director job which is in violation of our City Charter and I have personally witnessed you saying in my office in front of witnesses that you will fire the MainStreet Director for her religious beliefs and postings on her personal Facebook account once I leave office on May 2nd 2025…

19. Per Tenn. Code 8-4-503(a) and exercising his first amendment right, Plaintiff officially and as a private citizen reported said conduct to the Tennessee Comptroller's office on January 27, 2025, at 11:25AM. (See Exhibit B)

20. The Board met privately with the city attorney (Mike Hinson) before the January 27th Board of Commissioner's meeting to discuss the events reported to Plaintiff on January

24th. The meeting lasted approximately 15 minutes and the mayor did not resign nor discuss these issues at the regular Board meeting.

21. On February 24, 2025, at the beginning of the regular Board of Commissioners' meeting, Plaintiff rescinded his resignation letter of October 2024 and declared he intended to remain in his position till the expiration of his contract on March 1, 2026.

22. On May 26, 2025, at the end of the regular Board of Commissioners meeting, the mayor started reading from the TCA and the city charter then stated that the employment contract of Plaintiff was illegal and that Plaintiff served at the pleasure of the Board of Commissioners. Commissioner Thompson made a motion to fire Plaintiff which was seconded by Commissioner Prince. The mayor voted with Thompson and Prince to terminate Plaintiff's employment in breach thereof.

23. Upon completion of this action the mayor ordered the chief of police to escort Plaintiff from the meeting without permitting him to retrieve his personal belongings. Said "Perp Walk" was recorded on camera and live-streamed to the entire population of Wayne County, a population of slightly more than 14,000.

24. As of one week after the meeting being live streamed the video had been viewed over 22,000 times.

25. As a result of the actions of Defendants Plaintiff has been subjected to damage to his character and reputation during a public meeting of the city commission by the actions of Mayor Mark Staggs and Commissioners Thompson and Prince.

# RELIEF

Wherefore, Plaintiff prays for the following relief:

(a) That judgment be rendered in favor of Plaintiff and against Defendants, on all causes of action asserted herein;

(b) That declaratory judgment be rendered that the termination of Plaintiff's employment was an unconstitutional violation of Plaintiff's right to be free from retaliation in violation of the U.S. and Tennessee Constitutions when Plaintiff reported allegations of fraud, waste, and abuse to the Comptroller's office of the State of Tennessee, to the City Attorney of Clifton Tennessee, and to the Board of Commissioners of the City of Clifton, Tennessee;

(c) That declaratory judgment be rendered that the failure of Defendant City of Clifton Tennessee to pay Plaintiff a lump sum equal to six (6) months at Employee's current rate of pay and a lump sum payment to all vacation and sick time pursuant to Section 3 Notice, Termination, and Severance Pay of the City Manager employment Agreement, Amendment #2 between Plaintiff and Defendant City of Clifton Tennessee constitutes a breach of said employment agreement by the City of Clifton, Tennessee;

(d) That Plaintiff be awarded those damages to which it may appear that he is entitled by proof submitted in this case as to said breach of his employment agreement with the City of Clifton, Tennessee, in an amount not less than $100,000;

(e) That declaratory judgment be rendered that each individual Defendant has acted intentionally, fraudulently, maliciously, or recklessly by voting to terminate Plaintiff's employment after he reported fraud, waste, and abuse to the Comptroller's Office of the State of Tennessee, the City Attorney of Clifton, Tennessee, and to the Board of Commissioners of Clifton, Tennessee;

(f) That punitive damages be awarded against each Defendant as allowed by the law in an amount to be determined by a jury of not less than $100,000 as to each individual Defendant;

(g) That declaratory judgment be rendered that Defendants City of Clifton and individual Defendant Mark Staggs conspired and did act to slander the name and reputation of Plaintiff when they caused Plaintiff to be "perp walked" by the police chief out of said commission meeting while on camera that live streamed said meeting to the internet and some 14,000 residents of Wayne County Tennessee and thereby inuendo caused Plaintiff to appear to have acted in some criminal capacity requiring that he be escorted from premises of the City of Clifton by its police chief.[1] (See Exhibit C)

(g) That Plaintiff be awarded reasonable costs, expenses and attorneys' fees as authorized by applicable state and federal law;

(h) That Plaintiff receive any such other, further, and general relief as this Honorable Court deems just and proper and/or permitted by law, and

(i) That a jury be impaneled to try and resolve any and all issues in this case.

Respectfully Submitted,

CORLEY HENARD LYLE LEVY & LANGFORD PLC

/S/ James W. Edwards, #35601
James W. Edwards
177 East Main Street
Lancaster Bldg., Suite 4
Hendersonville, Tennessee 37075
Tel: 615-590-7005
Fax: 615-590-7768
Email: lawyerjim41@gmail.com

---

[1] See attached news article from the Wayne County News reporting on commission meeting of June 23rd 2025, and comments of citizen Jane Humphreys on page two (2) beginning in paragraph 3.

# Clifton Commission Hears Citizens' Negative Comments Regarding Kibbey Termination

Exhibit C

The Clifton City Commission met at the Clifton campus of Columbia State Community College on Monday, June 23. Mayor Mark Staggs and Commissioners Tammy Prince, Jeff Letson, and Michael Francis were present when the meeting began, along with Acting City Manager Samantha Haines, Finance Director Shelly Bridges, and City Attorney Mike Hinson. Commissioner Dwight Thompson arrived several minutes later.

The first motion, made by Commissioner Prince, was for the approval of the minutes from the May 27th commission meeting. Mayor Staggs seconded the motion, and a roll call vote followed with Mayor Staggs and Commissioner Prince voting yes and Commissioner Letson and Commissioner Francis voting no. Another vote was taken later in the meeting with Commissioner Thompson, Commissioner Prince, and Mayor Staggs voting to approve the minutes, and Commissioners Letson and Francis voting no on the motion once again.

Regular business of the city was conducted, including discussion of the Multi-Modal Sidewalk Grant. Acting City Manager Haines proposed that Phase 4 of the project be taken out and the funds from Phase 4 be allotted to Phase 3 of the project. Commissioner Letson said this project will effectively eliminate yard space for some residents the new sidewalks will impact. Commissioner Thompson made a motion to table the changes to the Multi-Modal Grant until citizens have a chance to voice their opinions. Commissioner Letson seconded the motion, and it passed unanimously on roll call vote.

The next item to be voted on was the purchase of a new or used dump truck for the city's Parks and Recreation Department, Public Works Department, and other departments that may need to use it. It was explained that the dump truck the city has been using for a long time is now completely broken down and in need of a new motor. The city currently has only a 16-foot trailer to use for hauling things. Commissioner Prince made a motion to look for an affordable dump truck for the city, and the motion was seconded by Commissioner Thompson. The motion carried unanimously.

Departmental reports were next. Parks and Recreation Director Eddie Simmons said his department was just trying to keep up with the mowing, as is usual this time of year. Commissioner Thompson recommended that the Parks and Rec employees consider attending herbicide education training, and the other commissioners verbally agreed that would be a good idea.

Public Works Director James Evans gave a brief oral report on his department and stated that utility customers would be receiving a survey they should complete.

The Clifton Fire Chief reported that in recent weeks there were five medical helicopter flights and one motor vehicle accident. Police Chief Steve Wilson reported that his department is back up to full staff. One officer is currently in special training. Main Street Director Shawnee Iacono said there was a good turnout at the recent Riverline Boat the Hea Pkayak event. She then said

that Clifton MainStreet, Clifton Chamber of Commerce, and Clifton Rotary Club would be partnering to host a public event on July 3rd from 11am-2pm. More details are to come later on this event.

Acting City Manager Haines said she has just been doing her best to keep the city running.

The next portion of the agenda allowed citizens to address the commission. The first lady to do so was Ms. Jane Humphreys. Ms. Humphreys said she moved to Clifton five years ago and still doesn't know many of the residents, including Doug Kibbey, but she loves the community. She went on to plainly express to the commission how shameful she believed it was to terminate Mr. Kibbey the way they did in May. [Editor's note: for reference, Clifton City Manager Doug Kibbey was fired from his position at the last meeting and was escorted out of the building. No reason was given to the public as to why Mr. Kibbey was terminated.]

Ms. Humphreys stated several times that Mr. Kibbey was a veteran, which made the manner of his termination even more shameful. She said Mr. Kibbey had been humiliated, and the manner of his termination was very disrespectful. Ms. Humphreys' comments received a round of applause from what appeared to be most of those in attendance.

Another citizen stood to make a comment, stating that council meetings are supposed to be transparent, and there had been nothing transparent about Mr. Kibbey's termination. He said one commissioner had admitted a personal problem with Mr. Kibbey, and that was not a good reason to fire someone. Another round of applause came from the audience after those comments.

Jeff Minatra of Collier Engineering addressed the commission next. He gave them a proposal for an on-call contract between the city and himself to be able to provide his services when needed. Mr. Minatra spoke of his years of experience working with grants, and said the city may be needing help in that area in the coming months. Commissioner Thompson made a motion to table the matter until further study of the proposal can take place.

At that point of the meeting, Commissioner Letson made a motion to reinstate Doug Kibbey to his position as Clifton City Manager. Commissioner Letson said that in his opinion, the city needs Mr. Kibbey to oversee the completion of the new water plant, as he has been working on the project since the beginning. He pointed out that after Mr. Kibbey rescinded his letter of resignation last March, his contract was extended until March 1st, 2026. Commissioner Francis seconded the motion to re-instate Doug Kibbey. The motion failed on roll call vote with Commissioners Letson and Francis voting yes, and Mayor Staggs, Commissioner Prince, and Commissioner Thompson voting no.

Commissioner Francis said the city needs Mr. Kibbey back, and it was reckless to terminate him in the way it was done. He reiterated Commissioner Letson's statement that the city especially needs Mr. Kibbey during the new water plant construction.

Commissioner Thompson said the termination of Mr. Kibbey had done more to divide the community than to unite it. He went on to say he thought Mr. Kibbey was "in over his head" with the water plant project, which was met by much laughter from the audience.

At that time, another attendee asked to address the commission, but was told by Mayor Staggs "we done had public comment," and the audience member was unable to continue.

In closing, Mayor Staggs made the statement, "If you don't know the whole story on something, you might not ought to be here." He then stated the meeting was adjourned.

[Editor's note: The Wayne County News asked both Mayor Staggs and Attorney Hinson for a comment or explanation of Mr. Kibbey's termination, but we were told "no comment" by both.]

 Outlook

**Kibbey v City of Clifton** et al

From James Edwards <lawyerjim41@gmail.com>
Date Fri 9/26/2025 12:51 PM
To Jo Ann Throgmorton <Jo.Ann.Throgmorton@tncourts.gov>

📎 10 attachments (6 MB)
ATT00001; ATT00002; ATT00003; ATT00004; ATT00005; ATT00006; ATT00007; ATT00008; ATT00009; ATT00010;

**Warning: Unusual sender** <lawyerjim41@gmail.com>
You don't usually receive emails from this address. Make sure you trust this sender before taking any actions.

Good afternoon Ms. Throgmorton,

Attached please find originals of the Plaintiff's complaint suing the City of Clifton TN and three of its elected officials along with with Exhibits A, B, and C and summons forms for each defendant. I must say that the summons forms although labeled as such appear different from those I have seen in other circuit courts. If for any reason they need to be changed so that proper service can be obtained, please let me know and I will complete them. As to the filing and service fee of $221.50, I will be calling you shortly to provide a credit card for that use.

Once you have stamped copies of the complaint and exhibits, I would be grateful if you could email me stamped copies.

Should you need to contact me for any reason, please fee free to reach out to me at 615-545-7311.

Thanks again for all of your help.

James Edwards, Esq
Attorney at Law
Corley Henard Lyle Levy & Langford
177 East Main Street
Lancaster Bldg. Ste 5
Hendersonville, TN 37075
lawyerjim41@gmail.com
Tel: 615-590-7005 ext 231
Fax: 615-590-7768

*And what does the Lord require of you? To act justly, and to love mercy, and to walk humbly with your God.*

*Micah 6:8*

## CITY MANAGER – EMPLOYMENT AGREEMENT AMENDMENT #2

**THIS AGREEMENT**, made and entered into this 27th day of March 2023, by and between the City of Clifton, State of Tennessee, a municipal corporation, hereinafter called "Employer", as party of the first part, and Stephen Douglas Kibbey, hereinafter called "Employee", as party of the second part, both of whom understand as follows:

**WITNESSETH;**

**WHEREAS**, Employer desires to continue employment services of said Stephen Douglas Kibbey as City Manager of the City of Clifton beyond the original employee agreement date of December 1st, 2022, as provided by Chapter 21, Section 6-21-101 of the Clifton City Charter of 2017; and

**WHEREAS**, it is the desire of the Governing Board, hereinafter called "Commission", to continue to establish certain conditions of employment of said Employee; and

**WHEREAS**, it is the desire of the Commission to (1) retain the services of Employee, (2) to act as a deterrent against malfeasance or dishonesty for personal gain on the part of Employee; and (3) to provide a just means for terminating Employee's services at such time as he may be unable fully to discharge his duties or when Employer may otherwise desire to terminate his employ; and

**WHEREAS**, Employee desires to continue employment as City Manager of Clifton, Tennessee beyond the original employment agreement date of December 1st, 2022; with full pay and benefits of a thirty (30) year employee, until March 1st, 2026;

**NOW, THEREFORE**, in consideration of the mutual covenants herein contained, the parties agree as follows:

### SECTION 1. DUTIES

A. Employer hereby agrees to continue employment of said Stephen Douglas Kibbey as City Manager of Clifton to perform the functions and duties specified in said Chapter 21, Section 6-21-101 thru 6-21-108 of the Clifton Charter of 2017.

### SECTION 2. TERMS

A. Nothing in this agreement shall prevent, limit or otherwise interfere with the right of the Commission to terminate services of Employee at any time, subject only to the provisions set forth in Section 3, paragraphs A and B, of this agreement.

B. Nothing in this agreement shall prevent, limit or otherwise interfere with the right of Employee to resign at any time from his position with Employer, subject only to the provisions set forth in Section 3, paragraph C, of this agreement.

C. Employee agrees to remain in the exclusive employ of Employer until March 1st, 2026, and neither to accept other employment nor to become employed by any other employer until said termination date, unless said termination date is affected as hereinafter.

I Stephen Douglas Kibbey, have read the foregoing complaint against the City of Clifton Tennessee and certain individual Commissioners thereof and believe that it fairly states the true accurate, and complete complaint I have against these Defendants. I have instructed my attorney to proceed with the filing of this lawsuit against these Defendants.

*[signature]*

Stephen Douglas Kibbey

26th day of September 2025



**From:** citymanager@cityofclifton.com
**Subject:** City Manager Special Report 24 Jan 2025
**Date:** January 24, 2025 at 5:00 PM
**To:** markbcc38485@yahoo.com, tammyprince05@gmail.com, Hitman@hitmansmokedproducts.com, michaelfrancis160@gmail.com, dwightdthompson2@yahoo.com
**Cc:** hinsonmike@bellsouth.net

**Mayor Staggs,**

**It has been brought to my attention by an employee, a whistleblower that wishes to remain anonymous, that you have promised the City Manager position to Daniel Prater, an unqualified candidate for the job. Furthermore, after Daniel has been hired, you have directed him to fire the City Recorder, Public Works Director and MainStreet Director. In addition, Austin Clark informed me that you have offered him the Public Works Director job which is in violation of onr City Charter and I have personally witnessed you saying in my office in front of witnesses that you will fire the MainStreet Director for her religious beliefs and postings on her personal Facebook account, once I leave office on May 2nd, 2025. Furthermore, Daniel Prater will then place his girlfriend who he currently cohabitates with, Amanda Pope (also our current City Clerk), as the new City Recorder, which would be a huge conflict of interest, as well as extremely unethical. Furthermore, if Austin Clark does not take the job, Daniel Prater will then place Hunter Staggs in position as the new Public Works Director which will establish an opening in the Public Works department, where Daniel Prater will then install Richard Alley into the vacant position, since his position will be eliminated with the building of the new water plant.**

---

**This employee wishes to remain anonymous and is invoking whistleblower protection per TCA 50-3-106; 50-3-409 which states:**

**Prohibited Employer Activity: Cannot discharge or discriminate if employee files a complaint, institutes a proceeding, or testifies regarding a violation of any statute or regarding occupational safety and health.**

**Remedies: Can file a complaint with Commission of Labor within 30 days of the violation for reinstatement, back pay, and other appropriate relief.**

**TCA 50-1-304**

**Prohibited Employer Activity: Cannot discharge or terminate if employee refuses to participate in or refuses to remain silent about violation of criminal or civil code, US laws, or neglect to protect public health, safety or welfare.**

**Remedies: Can sue employer for retaliatory discharge, get damages, and reasonable attorney's fees and costs.**

---

I have personally counseled you on several occasions that some of the intended actions

I have personally counseled you on several occasions that some of the intended actions listed above that I have witnessed in person, will put the City at risk of litigation and will financially harm the City if you do not cease. The fact that you have now promised the City Manager position to an unqualified candidate outside the legal recruitment process, will do substantial harm to the City of Clifton both legally and financially, if sued by other qualified applicants that have been harmed by your actions.

I apologize for the timing of this email, given the personal issues that you are dealing with at this time. However, now that I am aware of your future intentions via whistleblower testimony and those that I have personally witnessed, I have no other option than to report this abuse identified by the State of Tennessee as "Abuse: Improper behavior or misuse of authority that violates policies or regulations (e.g., favoritism, unauthorized actions)." Experience has taught me that one should never be the highest person on the totem pole that has a secret and I have discussed this matter with our City Attorney for advice. Given the fact that these actions have not taken place yet, it would be best if you submitted a letter of resignation at our January Board meeting to mitigate any penalties that may or may not be levied by legal action in the future. I have also copied your fellow commissioners for their situational awareness and our City Attorney who is responsible for representing the City in all legal matters for action as necessary in the best interests of the citizens of Clifton.

Our attorney recommends that the Clifton Board of Commissioners meet privately before our Board meeting on Monday to discuss your resignation and/or removal from office by your fellow commissioners. Your actions to date, as well as those that have been reported by the whistleblower, represent "grave misconduct showing unfitness for public duty" as outlined in section 6-20-220 of the City Charter.

Very Respectfully,

Doug

Doug Kibbey
City Manager Clifton TN
Work: 931-676-3370
Work Cell: 931-676-7405
Email: citymanager@cityofclifton.com

# Wayne County Circuit Court

Circuit Court

Station ID: 5135

Receipt # 5693394

09-26-2025

Citation #:

james edwards lawyer

*Payment CV - 4906*

## Personal Information

Name: Edwards/James

Card Type: AMEX

Card Number: XXXXXXXXXXX3006

Auth Num: 269722

## Transaction Information

Citation Amount: $221.50

Fees: $6.65

Total: $228.15

Signature: _____

I AGREE TO PAY ABOVE TOTAL CHARGE PER CARD ISSUER AGREEMENT

THE FEES AMOUNT SHOWN IN THE PAYMENT INFORMATION ABOVE IS CHARGED BY A THIRD PARTY VENDOR AND IS NOT COLLECTED BY WAYNE COUNTY CIRCUIT COURT.